ACCEPTED
03-16-00276-CV
12613029
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2016 11:50:01 AM
JEFFREY D. KYLE
CLERK

NO. 03-16-00276-CV

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/9/2016 11:50:01 AM
JEFFREY D. KYLE
Clerk

TAYLOR HOUSING AUTHORITY,
A MUNICIPAL HOUSING AUTHORITY,
Appellant

vs.

STEVE A. SHORTS, MALLARD RUN HOUSING DEVELOPMENT, and
TAYLOR SUNSET HOUSING DEVELOPMENT,
Appellees

On appeal from the 368th Judicial District Court
of Williamson County, Texas
Cause No. 15-0021-C277

**APPELLANT TAYLOR HOUSING AUTHORITY'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING APPELLANT'S REPLY BRIEF**

COME NOW, TAYLOR HOUSING AUTHORITY, a Municipal Housing Authority, Appellant, and file this Motion to Extend Time for Filing Appellant's Reply Brief, and in support thereof would respectfully show unto the Court the following:

1. Appellant's deadline for filing its reply brief is September 13, 2016.

2.     Appellant's request an additional three (3) days in which to file its reply brief.

3.     Appellant has not previously requested any extensions regarding this item and no extensions have been granted.

4.     As such, Appellant seeks this court, pursuant to TRAP 10.5(b) and 38.6(d), a three day extension of time to file Appellant's reply brief or September 16, 2016.

Respectfully submitted,

DIETZ & JARRARD, P.C.
106 Fannin Ave. East
Round Rock, Texas 78664
Telephone (512) 244-9314
Facsimile (512) 244-3766

By: __/s/ R. Mark Dietz_____
     R. Mark Dietz
     State Bar No. 05857200
     rmdietz@lawdietz.com
     Douglas G. Cornwell
     State Bar No. 24009024
     Dgcornwell@lawdietz.com

     Ted W. Hejl
     Mark J. Schroeder
     PO Box 192
     Taylor, Texas 76574
     ted@hejllawfirm.com
     mark@hejllawfirm.com

**ATTORNEYS FOR APPELLANT
TAYLOR HOUSING AUTHORITY**

## CERTIFICATE OF CONFERENCE

This is to certify that on September 8, 2016, the undersigned counsel for Appellants contacted counsel for Appellees, Patrick J. Fitzgerald, to confer with regard to this motion. Appellees' counsel stated that Appellees will not oppose this motion.

_/s/ Douglas G. Cornwell_____
Douglas G. Cornwell


## CERTIFICATE OF SERVICE

This is to certify that on this day a true and correct copy of the foregoing Appellant Taylor Housing Authority's Motion to Extend Time for Filing Appellant's Reply Brief has been served via eservice to counsel listed below, on this the 9th day of September, 2016:

Steve Skarnulis                           *Via Eservice*
Thomas J. Turner
Patrick J. Fitzgerald
CAIN & SKARNULIS PLLC
400 W. 15th St., Suite 900
Austin, Texas 78701
skarnulis@cstrial.com
tturner@cstrial.com
Pfitzgerald@cstrial.com


_/s/ Douglas G. Cornwell_____
Douglas G. Cornwell